IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOAN SOFINET, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TRUIST BANK, SPECIALIZED LOAN SERVICING LLC, AMERIS BANK, RITHM CAPITAL CORP., AND NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING, | ) Case No.: 1:24-CV-2450-MLB-JEM<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**UNSERVED DEFENDANTS NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING F/K/A SPECIALIZED LOAN SERVICING, LLC'S AND RITHM CAPITAL CORP.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(4), 12(b)(5) and 12(b)(6), named but unserved Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing f/k/a Specialized Loan Servicing, LLC ("Newrez") (improperly named as separate entities) and Rithm Capital Corp. ("Rithm") (together with Newrez, "Defendants"), by and through its undersigned counsel, <u>appearing specially</u> and without waiving any and all defenses including but not limited to those enumerated in the Federal Rules of Civil Procedure and those pertaining to the jurisdiction of this Court, submit

1

this Motion to Dismiss *pro se* Plaintiff Ioan Sofinet's ("Plaintiff") Amended Complaint (Doc. 12). Defendants adopt and incorporate their Memorandum in Support of this Motion contemporaneously filed herewith. As set forth in the Memorandum, Plaintiff's Amended Complaint should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing f/k/a Specialized Loan Servicing, LLC, and Rithm Capital Corp. respectfully request that the Court grant this Motion to Dismiss, dismiss Plaintiff's Amended Complaint with prejudice, and for such other relief as may be appropriate.

Respectfully submitted this 17th day of July, 2024.

/s/ Keith S. Anderson
Keith S. Anderson
Georgia Bar No. 136246
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
kanderson@bradley.com
ATTORNEY FOR DEFENDANTS NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING F/K/A SPECIALIZED LOAN SERVICING, LLC AND RITHM CAPITAL CORP.

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in accordance with Local Rule 5.1(B).

/s/ Keith S. Anderson
COUNSEL

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I served a copy of the foregoing via the Court's ECF filing system that will send notice to registered attorneys of record, and I also served a copy via first-class U.S. Mail, postage prepaid, upon the following:

Amy Hanna Keeney
Adams and Reese LLP
3424 Peachtree Rd. NE
Suite 1600
Atlanta, GA 30326
470-427-3718
AmyHanna.Keeney@arlaw.com

Luke Gerard LaHaye
Adams and Reese LLP
20 F Street NW
Suite 500
Washington, DC 20009
202-478-1218
luke.lahaye@arlaw.com

Ioan Sofinet
832 Bailey Woods Road
Dacula, GA 30019

/s/ Keith S. Anderson

4859-4787-2977.1