UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IOAN SOFINET,

    Plaintiff,

vs.

TRUIST BANK et al,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-cv-02450-MLB

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the magistrate judge's report and recommendation that the defendants' motions to dismiss be granted, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 14th day of July, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By:   /s/Parker Thompson
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 14, 2025
Kevin P. Weimer
Clerk of Court

By:   /s/Parker Thompson
     Deputy Clerk