UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IOAN SOFINET,

    Plaintiff,

vs.

TRUIST BANK et al,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-cv-02450-MLB

## A M E N D E D  J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the magistrate judge's report and recommendation that the defendants' motions to dismiss be granted, and the court having adopted the same, it is

**Ordered and Adjudged** that the claims against Defendant Truist Bank be DISMISSED WITH PREJUDICE and the claims against Defendants Ameris Bank and Newrez, LLC be DISMISSED WITHOUT PREJUDICE.

Dated at Atlanta, Georgia, this 17th day of July, 2025.

Prepared, Filed, and Entered
in the Clerk's Office
July 17, 2025
Kevin P. Weimer
Clerk of Court

By:  /s/Parker Thompson
    Deputy Clerk

KEVIN P. WEIMER
CLERK OF COURT

By:  /s/Parker Thompson
    Deputy Clerk